THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Doyle Marion Garrett, Appellant.
 
 
 

Appeal from Greenville County
 Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2012-UP-330    
Submitted May 1, 2012 – Filed May 30,2012

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley
 W. Elliott, and Assistant Attorney General Christina J. Catoe, all of Columbia;
 and Solicitor W. Walter Wilkins, III, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Doyle Marion Garrett appeals his conviction
 of assault and battery of a high and aggravated nature, arguing the circuit
 court erred in failing to charge the lesser included offense of simple assault. 
 We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authority: State v. White, 361 S.C. 407, 412, 605 S.E.2d
 540, 542 (2004) (noting that a [circuit] court
 properly "refus[es] to charge a lesser included offense where there is no
 evidence tending to show the defendant was guilty only of the lesser offense").  
AFFIRMED.
PIEPER, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.